# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:19-cv-01791-ODW-KES            Date: May 16, 2019

Title: ROBERT DAMON EPPS v. DR. HA, et al.

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**      Order to Show Cause Why Action Should Not Be Dismissed for Lack of Prosecution

    Robert Damon Epps ("Plaintiff"), an inmate in the custody of California, filed a civil rights complaint under 28 U.S.C. § 1983 for deliberate indifference against prison health care providers. (Dkt. 1, "Complaint.") The Court screened the complaint pursuant to 28 U.S.C. § 1915A and dismissed it with leave to amend. (Dkt. 8.) The Court directed Plaintiff to respond to the order on or before April 25, 2019 by: (a) filing a First Amended Complaint that attempts to remedy the defects described in the dismissal order, (b) voluntarily dismissing the Complaint, or (c) re-filing the Complaint without any material changes. (Id.) The Court warned Plaintiff that if he failed to timely respond to the order, this action could be dismissed for lack of diligent prosecution and/or failure to obey court orders. (Id.) As of the date of this order, the Court has not received any response from Plaintiff.

    IT IS THEREFORE ORDERED that, **on or before June 7, 2019**, Plaintiff shall show cause why this case should not be dismissed for lack of prosecution. He may show cause by filing one of the responses listed above, or by explaining the delay and requesting additional time to respond.

    **If Plaintiff fails to timely respond to this order, this action may be dismissed without prejudice for lack of prosecution and/or failure to obey court orders.**

Initials of Deputy Clerk JD