JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAMON EPPS,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. HA, et al.,<br><br>        Defendants. | Case No. 2:19-cv-01791-ODW-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the First Amended Complaint and this entire action is dismissed with prejudice.

DATED: July 30, 2019

                                                                       _____<br>
                                                                         OTIS D. WRIGHT, II<br>
                                                                          UNITED STATES DISTRICT JUDGE